United States District Court
Southern District of Texas
FILED

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

JUN 2 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOYCE ANNA SLAGER | § | |
| **Plaintiff** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. **B-04-102** |
| | § | (DIVERSITY) |
| **WAL-MART STORES, INC.,** | § | |
| **Defendant** | § | |

### NOTICE OF REMOVAL OF ACTION UNDER
### 28 U.S.C. § 1441(B) (DIVERSITY)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Wal-Mart Stores, Inc. hereby removes to this Court the state court action described below.

1.    On December 22, 2003, an action was commenced in the 404th Judicial District Court of the State of Texas in and for the County of Cameron, entitled, Joyce Anna Slager, Plaintiff vs. Wal-Mart Stores, Inc., Defendant, as Cause Number 2003-12-6140-G, *attached hereto as Exhibit "A".*

2.    The first date upon which Defendant received a copy of the said complaint was January 9, 2004, when Defendant was served with a copy of the said complaint and a summons from the said State Court. A copy of the summons is *attached hereto as Exhibit "B".* The following constitutes all of the process, pleadings, and orders served upon Plaintiffs and Defendant in this action.

| | | |
|---|---|---|
| 1. | 12/22/03 | Plaintiff's Original Petition |
| 2. | 01/27/04 | Def. Wal-Mart Stores, Inc.'s Original Answer |
| 3. | 01/27/04 | Def. Wal-Mart Stores, Inc.'s Request for Jury Trial |
| 4. | 02/26/04 | Pre-Trial Guideline Order |
| 5. | 03/08/04 | Plaintiff's Motion to Set for Trial |

| 6. | 03/11/04 | Notice of Hearing on Plaintiff's Motion to Set for Trial |
| 7. | 04/20/04 | Agreed Order Setting Trial |
| 8. | 01/27/04 | Def. Wal-Mart Stores, Inc.'s Requests for Admission to Plaintiff |
| 9. | 01/27/04 | Def. Wal-Mart Stores, Inc.'s Request for Rule 194 Disclosures to Plaintiff |
| 10. | 02/18/04 | Notice of Intention to Take the Oral & Videotaped Deposition of Plaintiff, Joyce Anna Slager |
| 11. | 02/09/04 | Def.'s First Set of Interrogatories and Requests for Production to Plaintiff Joyce Anna Slager |
| 12. | 03/03/04 | First Amended Notice of Intention to Take The Oral and Videotaped Deposition of Plaintiff, Joyce Anna Slager |
| 13. | 03/04/04 | Pl's Requests for Production of Documents to Def. WM |
| 14. | 03/04/04 | Pl's Requests for Disclosure to Def. WM |
| 15. | 03/04/04 | Pl's Notice of Intention to Record Oral Deposition of Joyce Anna Slager by Videotape |
| 16. | 03/04/04 | Pl's Certificate of Written Discovery |
| 17. | 03/18/04 | Pl's Notice of Filing of Records (w/ Affidavits and records attached) |
| 18. | 03/18/04 | Pl's Responses to Def's Requests for Disclosure |
| 19. | 03/18/04 | Pl's Certificate of Written Discovery (Pl's Resp to Def's RFD) |
| 20. | 03/24/04 | Pl's Responses to Def's First Set of Interrogatories and Requests for Production |
| 21. | 03/24/04 | Pl's Certificate of Written Discovery (Pl's Resp. To WM's INT/RFP) |
| 22. | 04/02/04 | Def. WM's Responses and/or Objections to Pl's First Requests for Production |
| 23. | 04/02/04 | Def. WM's Responses to Pl's First Requests for Disclosure |
| 24. | 04/07/04 | Notice of Intention to Take the Oral Deposition of Robert Slager |
| 25. | 04/07/04 | Notice of Intention to Take the Oral Deposition of Christine Slager |

3.   This action is a civil action of which these Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to these Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.  Defendant served upon Plaintiff Defendant Wal-Mart Stores, Inc.'s Request for Admission to Plaintiff Joyce Anna Slager. On June 8, 2004, the Plaintiff served upon the Defendant her responses to Requests for Admissions *attached*

*hereto as Exhibit "C".*  In response to Request for Admission No. 1, the plaintiff admitted

for the first time that she was seeking in excess of $75,000.00 in compensatory damages,

exclusive of interest and costs.

4.    Defendant is informed and believes that Plaintiff Joyce Anna Slager was and

still is a citizen(s) of the State of Texas.  Defendant Wal-Mart Stores, Inc. was, at the time

of the filing of these action, and still is, a corporation incorporated under the laws of the

State of Delaware, having its principal place of business in the State of Arkansas, and is

the only Defendant that has been served summons and complaint in these action.

DATED:   June 16, 2004.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544 Telephone
956/428-4880 Facsimile

Jaime A. Drabek
Fed. Id. No. 8643
State Bar No. 06102410
*Counsel for Defendant, Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

I, hereby certify that on these the _____16th_____ day of June, 2004, a true and correct copy of the foregoing instrument was sent to all counsel of record by Facsimile, Certified Mail, Return Receipt Requested and/or hand delivery, to wit:

Mr. Peter M. Zavaletta                                            ***Via Regular Mail***
**The Zavaletta Law Firm**
603 E. St. Charles Street
Brownsville, Texas   78520


_____
Jaime A. Drabek

**INDEX OF DOCUMENTS**
**FILED WITH REMOVAL ACTION**

A.    Plaintiff's Original Petition

B.    Copy of Return Citation of Defendant Wal-Mart Stores, Inc.

C.    Plaintiff's Responses to Defendant's Request for Admissions

D.    Def. Wal-Mart Stores, Inc.'s Original Answer

E.    Def. Wal-Mart Stores, Inc.'s Request for Jury Trial

## LIST OF ATTORNEYS/PARTIES

1.  Attorney for the Plaintiffs

    Mr. Peter M. Zavaletta
    **The Zavaletta Law Firm**
    603 E. St. Charles Street
    Brownsville, Texas   78521
    Telephone: (956) 546-5567
    Facsimile:  (956) 541-2205

2.  Attorney for the Defendants
    Mr. Jaime A. Drabek

    DRABEK & ASSOCIATES
    1720 E. Harrison, Suite B
    Harlingen, Texas 78550
    Telephone:  (956) 428-4544
    Facsimile:   (956) 428-4880

## **AFFIDAVIT**

THE STATE OF TEXAS    §

COUNTY OF CAMERON   §


**BEFORE ME**, the undersigned authority, on this day personally appeared **JAIME A. DRABEK** of Harlingen, Cameron County, Texas, who being by me duly sworn, deposes and says that he is an attorney for Defendant in the present cause filed by Joyce Anna Slager, that he has been authorized to make this Affidavit; and that he has read the foregoing Notice of Removal and knows the contents thereof, and that the matters and facts therein contained are true and correct.

FURTHER AFFIANT SAYETH NOT.



_____
JAIME A. DRABEK, AFFIANT

**SWORN TO AND SUBSCRIBED** before me on this the ___16th___ day of June, 2004.

EVA R LONGORIA
Notary Public, State of Texas
My Commission Expires:
May 6, 2007

_Eva R. Longoria_____
NOTARY PUBLIC IN AND FOR
THE STATE OF T E X A S

FILED____ *4:45* O'CLOCK___ *P*___M
AURORA DE LA GARZA DIST. CLERK

**DEC 2 2 2003**

CAUSE NO: *2003-12-6140-6*

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____DEPUTY

| | | |
|---|---|---|
| JOYCE ANNA SLAGER<br>*Plaintiff* | § | IN THE DISTRICT COURT OF |
| vs. | § | CAMERON COUNTY, TEXAS |
| WAL-MART STORES, Inc.<br>*Defendants* | § | *404* JUDICIAL DISTRICT |

## PLAINTIFF's ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW JOYCE ANNA SLAGER, Plaintiff in the above-styled, and by way of cause of action would show the court and jury as follows:

### I. DISCOVERY CONTROL PLAN

1.0    Plaintiffs intend to conduct discovery pursuant to a Level 2 discovery control plan.

### II. PARTIES

2.0    Plaintiff JOYCE ANNA SLAGER is an individual who resides in Brownsville, Cameron County, Texas.

2.1    Defendant WAL-MART STORES, Inc. is believed to be a corporation upon whom citation and process may be served by certified mail, return receipt requested through its registered agent for service CORPORATION SERVICES COMPANY, 800 Brazos Suite 750, Austin, Texas 78701.

### III. JURISDICTION AND VENUE

3.0    This court possesses subject matter jurisdiction because the amount in controversy exceeds the court's jurisdictional minimum. Moreover, venue is proper in Cameron County, Texas because the acts and omissions giving rise to this suit occurred in Cameron County, Texas.

IV.

4.0    This case arises from an incident that occurred on March 11, 2002, when Plaintiff - then and for all times pertinent hereto - was an invitee on store premises owned and/or operated by Defendant, suffered serious, permanent and debilitating injuries. The evidence will show that this incident and the resultant injuries suffered by Plaintiff were caused by the defendants' negligence.

V.

5.0    As a direct and proximate result of the Defendants' negligence, Plaintiff has suffered damages in an amount that exceed this court's jurisdictional minimum, and which include but are not limited to damages for medical care, damages for pain and suffering, damages for mental anguish, damages for physical impairment, loss of household services, loss of consortium as well as a loss of earning capacity. Plaintiff also seeks to recover prejudgment interest, post-judgment interest and court costs.

WHEREFORE PREMISES CONSIDERED, Plaintiff prays that citation be issued, that Defendant be served, and that Plaintiff recover from Defendants her actual damages, together with court costs, prejudgment interest and postjudgment interest.

Respectfully Submitted,

THE ZAVALETTA LAW FIRM
603 E. St. Charles Street
Brownsville, Texas 78520
Telephone  (956) 546-5567
Facsimile   (956) 541-2205
ATTORNEYS FOR PLAINTIFF

By: _____
    PETER M. ZAVALETTA
    State Bar No. 22251600

Citation for Personal Service  - BY CERTIFIED MAIL    Lit. Seq. # 5.002.01

No. 2003-12-006140-G

T H E   S T A T E   O F   T E X A S                     **COPY**

NOTICE TO DEFENDANT: You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: WAL-MART STORES, INC.
    SERVING REGISTERED AGENT
    CORPORATION SERVICES COMPANY
    800 BRAZOS SUITE 750
    AUSTIN, TEXAS 78701

the _____ DEFENDANT _____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 404th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas.  Said _____ PETITION _____ was filed on DECEMBER 22, 2003 .  A copy of same accompanies this citation.

The file number of said suit being No. 2003-12-006140-G.

The style of the case is:

JOYCE ANNA SLAGER
VS.
WAL-MART STORES, INC.

Said petition was filed in said court by _____ HON. PETER M. ZAVALETTA _____ (Attorney for _____ PLAINTIFF _____ ), whose address is 603 E. ST. CHARLES BROWNSVILLE, TX.  78520 _____ .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 23rd day of DECEMBER , A.D. 2003.



AURORA DE LA GARZA _____, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

By: *Reynaldo Lopez Jr.* _____, Deputy

**ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE**

Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.

Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.

NAME OF PREPARER                    TITLE

ADDRESS

CITY                STATE            ZIP

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the <u>23rd</u> of
<u>DECEMBER   2003</u>, I mailed to
<u>WAL-MART STORES, INC.</u>

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO.       821430
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

<u>AURORA DE LA GARZA</u>, District Clerk
Cameron County, Texas

By: *Reynaldo Lopez Jr.*, Deputy



THE STATE OF TEXAS

**Cameron County District Courts**
974 E. Harrison
Brownsville, Texas 78520

Aurora De La Garza / District Clerk

78701+2554 10

7002 2410 0000 9582 1430

CERTIFIED MAIL

DEC 29 03
BROWNSVILLE
TX
Pitney Bowes
713452
= 4.65 =
U.S. POSTAGE



PREN600 797013C27 17038 285 01/03/04
NOTIFY SENDER OF NEW ADDRESS
THE PRENTICE-HALL CORPORATION SYSTEM
701 BRAZOS ST
AUSTIN TX 78701-3232

WAL-MART STORES, INC.
SERVING REGISTERED AGENT
CORPORATION SERVICES COMPANY
800 BRAZOS SUITE 750

CAUSE NO: 2003-12-6140-G

| | | |
|---|---|---|
| JOYCE ANNA SLAGER | § | IN THE DISTRICT COURT OF |
| *Plaintiff* | | |
| | | |
| vs. | § | CAMERON COUNTY, TEXAS |
| | | |
| WAL-MART STORES, INC. | | |
| *Defendant* | § | 404th JUDICIAL DISTRICT |

## PLAINTIFF'S RESPONSES TO
## DEFENDANT'S REQUESTS FOR ADMISSIONS

TO:  WAL-MART STORES, INC.
     *By and Through its Attorney of Record*
     Mr. Jaime A. Drabek
     DRABEK & ASSOCIATES
     1720 E. Harrison, Suite B
     Harlingen, Texas 78550

JOYCE ANNA SLAGER, Plaintiff in the above-styled, file these her responses to

Defendant's Requests for Admissions served on her by and through her Attorney of Record, Peter

M. Zavaletta of The Zavaletta Law Firm.

                              Respectfully Submitted,

                              **THE ZAVALETTA LAW FIRM**
                              603 E. St. Charles Street
                              Brownsville, Texas 78520
                              Telephone (956) 546-5567
                              Facsimile  (956) 541-2205
                              ATTORNEY FOR PLAINTIFF

                              By:_____
                                   PETER M. ZAVALETTA
                                   State Bar No. 22251600

## CERTIFICATE OF SERVICE

This is to certify that on this the 8ᵗʰ day of June 2004, I mailed a true and correct copy of the above and foregoing in a wrapper properly addressed as follows:

Mr. Jaime A. Drabek
DRABEK & ASSOCIATES
1720 E. Harrison, Suite B
Harlingen, Texas 78550

PETER M. ZAVALETTA

## PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUESTS FOR ADMISSION

1.  In your lawsuit, you are seeking in excess of $75,000.00 in compensatory damages, exclusive of interest and costs.

    ANSWER:   Admit.

2.  I had shopped at the Wal-Mart store on more than one occasion.

    ANSWER:   Admit.

3.  Upon entering the store and until the alleged incident, I had no problems walking in the store.

    ANSWER:   Admit.

4.  The Wal-Mart Store had a clean appearance at the time and date of the alleged incident.

    ANSWER:   After reasonable inquiry, and based on information known or reasonably made available to Plaintiff, Plaintiff is unable to admit or deny this request at this time.

5.  The vestibule in which the alleged incident occurred had a clean appearance.

    ANSWER:   After reasonable inquiry, and based on information known or reasonably made available to Plaintiff, Plaintiff is unable to admit or deny this request at this time.

6.  I did not slip on a mat at the Wal-Mart store on the date of the alleged incident.

    ANSWER:   After reasonable inquiry, and based on information known or reasonably made available to Plaintiff, Plaintiff is unable to admit or deny this request at this time.

7.  There were no shopping carts, boxes or other obstructions blocking my view of the area where the alleged incident occurred.

    ANSWER:   Admit.

8.  The mat where the alleged incident occurred was in plain view of anyone walking in the area.

    ANSWER:   Admit.

9.  I saw the mat prior to the alleged incident.

    ANSWER:   After reasonable inquiry, and based on information known or reasonably made available to Plaintiff, Plaintiff is unable to admit or deny this request at this time.

10.     Although I did not see the mat prior to the alleged incident. I could have seen it before the alleged incident if I had looked.

   ANSWER:     After reasonable inquiry, and based on information known or reasonably made available to Plaintiff, Plaintiff is unable to admit or deny this request at this time.

11.     Although I did not see the mat prior to the alleged incident, I could have seen it before the alleged incident if I had been looking where I was walking.

   ANSWER:     After reasonable inquiry, and based on information known or reasonably made available to Plaintiff, Plaintiff is unable to admit or deny this request at this time.

12.     I do not know how long the mat had been there prior to the alleged incident.

   ANSWER:     Admit.

13.     To the best of my knowledge, Wal - Mart store employees were not aware of a mat in the area until after the alleged incident occurred.

   ANSWER:     Deny.

14.     There were no witnesses to the alleged incident.

   ANSWER:     Deny.

15.     I do not know the names of any witnesses to the alleged incident.

   ANSWER:     Admit.

16.     Customers shopping in a grocery store have a duty to keep a proper lookout for foreign objects or other dangerous conditions on the floor.

   ANSWER:     After reasonable inquiry, and based on information known or reasonably made available to Plaintiff, Plaintiff is unable to admit or deny this request at this time.

17.     I have no personal knowledge that Wal-Mart store employees failed to use ordinary care in the discovery and removal of the mat involved in the alleged incident.

   ANSWER:     After reasonable inquiry, and based on information known or reasonably made available to Plaintiff, Plaintiff is unable to admit or deny this request at this time.

18.     I lost no wages as a result of the alleged incident.

ANSWER:    Admit.

19.    Currently. no physician has advised me not to return to work.

ANSWER:    Deny.

20.    No physician has advised me that future surgery is necessary to correct any alleged injury resulting from the alleged incident.

ANSWER:    Deny.

21.    Since the alleged incident, I have seen a physician for medical problems not caused by the alleged incident.

ANSWER:    After reasonable inquiry, and based information known or reasonably made available to Plaintiff, Plaintiff is unable to admit or deny this request at this time.

22.    I have a good relationship with my family.

ANSWER:    Admit.

23.    Prior to the incident in question, I had sustained an injury to the area of my body for which I am alleging injuries as a result of the incident in question.

ANSWER:    Deny.

CAUSE NO. 2003-12-6140-G

FILED
AURORA DE LA GARZA
DISTRICT CLERK

2004 JAN 30  A 3: 20

CAMERON COUNTY, TEXAS
CAMERON COUNTY, TEXAS

R ___

PLEASE FILE MARK AND RETURN

| | | |
|---|---|---|
| JOYCE ANNA SLAGER | § | IN THE DISTRICT COURT OF |
| Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | |
| WAL-MART STORES, INC. | § | |
| Defendant | § | 404TH JUDICIAL DISTRICT |

### DEFENDANT WAL-MART STORES, INC.'S
### ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **WAL-MART STORES, INC.,** Defendant in the above styled and numbered cause of action and files this its Original Answer to Plaintiff's Original Petition and would respectfully show unto the Court as follows:

**I.**

Subject to such stipulations as may hereafter be made, Defendant asserts a general denial as is authorized by Rule 92 of the Texas Rules of Civil Procedure, and Defendant respectfully requests that Plaintiff be required to prove her charges and allegations against Defendants by a preponderance of the evidence as is required by the Constitution and laws of the State of Texas.

**II.**

For further answer herein, if such be necessary, Defendant alleges that the acts of Plaintiff, **Joyce Anna Slager**, in failing to use ordinary care for her safety, was fifty-one (51%) percent of the cause of the alleged injuries, if any, or, in the alternative, that she was the sole cause.

**III.**

By way of further affirmative defense, Defendant would show that the acts, actions



and/or injuries of which the Plaintiff complains were caused, not by the Defendant but by the negligence, and/or intentional acts of third parties over whom said Defendant had no control and for whose acts Defendant cannot be liable. Accordingly, at trial, Defendant respectfully submit that they are entitled to jury instructions and interrogatories regarding such third party acts and the jury's consideration of the same.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that it be released, discharged and acquitted of the charges filed against it, that Plaintiff take nothing by reason of this suit, and for such other and further relief to which Defendant may be justly entitled and for which it will forever pray.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544 Telephone
956/428-4880 Facsimile

JAIME A. DRABEK
State Bar No. 06102410
*ATTORNEYS FOR DEFENDANT*
*Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all interested parties of record by certified mail, return receipt requested, on this the _____ *27th* _____ day of January, 2004, to-wit:

Mr. Peter M. Zavaletta
**The Zavaletta Law Firm**
603 E. St. Charles Street
Brownsville, Texas   78520

*CMRRR# 7003-0500-0002-3729-6222*

Jaime A. Drabek

CAUSE NO. 2003-12-6140-G

| | | |
|---|---|---|
| JOYCE ANNA SLAGER | § | IN THE DISTRICT COURT OF |
| Plaintiff | § | |
| | § | |
| vs. | § | CAMERON COUNTY, TEXAS |
| | § | |
| WAL-MART STORES, INC. | § | |
| Defendant | § | 404TH JUDICIAL DISTRICT |

PLEASE FILE
MARK AND RETURN

## DEFENDANT WAL-MART STORES, INC.'S
## REQUEST FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **WAL-MART STORES, INC.**, Defendant in the above styled and numbered cause of action and request that a jury trial be held on said cause. A jury fee in the amount of $30.00 has been paid to the District Clerk's Office of Cameron County, Texas.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544 Telephone
956/428-4880 Facsimile

JAIME A. DRABEK
State Bar No. 06102410
ATTORNEYS FOR DEFENDANT
*Wal-Mart Stores, Inc.*



## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all interested parties of record by certified mail, return receipt requested, on this the _____ *anth* _____ day of January, 2004, to-wit:

Mr. Peter M. Zavaletta                     *CMRRR# 7003-0500-0002-3729-6222*
**The Zavaletta Law Firm**
603 E. St. Charles Street
Brownsville, Texas   78520


Jaime A. Drabek

United States District Court
Southern District of Texas
FILED

JUN 2 3 2004

Michael N. Milby
Clerk of Court

CAUSE NO. 2003-12-6140-G

| JOYCE ANNA SLAGER | § | IN THE DISTRICT COURT OF |
| Plaintiff | § | |
| | § | |
| vs. | § | CAMERON COUNTY, TEXAS |
| | § | |
| WAL-MART STORES, INC. | § | |
| Defendant | § | 404TH JUDICIAL DISTRICT |

## NOTICE TO THE DISTRICT CLERK
## OF FILING OF NOTICE OF REMOVAL

B-04-102

TO:  HONORABLE AURORA DE LA GARZA
     Cameron County District Clerk
     Cameron County Courthouse

**YOU WILL PLEASE TAKE NOTICE** that Defendant WAL-MART STORES, INC. has filed in the United States District Court for the Southern District of Texas, Brownsville Division, a Notice of Removal of the cause styled Joyce Anna Slager v. Wal-Mart Stores, Inc., originally filed in the 404th Judicial District Court of Cameron County, Texas, Cause No. 2003-12-6140-G to the United States District Court for the Southern District of Texas, Brownsville Division, and that a true and correct copy of said Notice of Removal is being filed with the Clerk of the 404th Judicial District to thereby effect a removal to said District Court of the United States, and that the State Court shall proceed no further, unless the cause is remanded.  A copy of said Notice of Removal is attached to this Notice.

**WITNESS** the signature of Defendant, through its attorney, on this _16th_ day of June, 2004.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
956/428-4544 Telephone
956/428-4580 Facsimile


JAIME A. DRABEK
Fed. I.D. No. 8643
State Bar No. 06102410
*Counsel for Defendant, Wal-Mart Stores, Inc.*


## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested, on this the _____16th_____ day of June, 2004, to-wit:

Mr. Peter M. Zavaletta                                   ***Via Regular Mail***
**The Zavaletta Law Firm**
603 E. St. Charles Street
Brownsville, Texas   78520


Jaime A. Drabek