IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOYCE ANNA SLAGER § | |
| Plaintiff § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. __B-04-102__ |
| § | |
| WAL-MART STORES, INC. § | |
| Defendant § | |

### DEFENDANT WAL-MART STORES, INC.'S
### DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

1.  Defendant Wal-Mart Stores, Inc. files this disclosure of interested parties as required by the Court's Order for Conference and Disclosure of Interested Parties.

2.  The following is a list of the parties in this action, which all have a financial interest in the outcome of this litigation:

    1.  Wal-Mart Stores East, L.P., and its attorneys of record, Drabek & Associates, 1720 E. Harrison, Suite B, Harlingen, Texas 78550.

    2.  Joyce Anna Slager, and her attorney of record, Mr. Peter M. Zavaletta, The Zavaletta Law Firm, 603 E. St. Charles Street, Brownsville, Texas 78520

Respectfully submitted this the ___8th___ day of July, 2004.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
210/428-4544 Telephone
210/428-4880 Facsimile

_____
JAIME A. DRABEK
Texas State Bar No. 06102410
Fed. I.D. No. 8643
Counsel for Def. Wal-Mart Stores, Inc.

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested, on this the __8th__ day of July, 2004, to-wit:

Mr. Peter M. Zavaletta                                                        ***Via Regular Mail***
**The Zavaletta Law Firm**
603 E. St. Charles Street
Brownsville, Texas   78520

                                            Jaime A. Drabek