IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JOYCE ANNA SLAGER<br>*Plaintiff* | § § § § | |
| vs. | § | CIVIL ACTION NO. B-04-102 |
| WAL-MART STORES, Inc.<br>*Defendant* | § § § | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff JOYCE ANNA SLAGER files this Certificate of Interested Parties in compliance with the Order for Conference and Disclosure of Interested Parties:

1. Joyce Anna Slager, and her attorney of record, Mr. Peter M. Zavaletta, THE ZAVALETTA LAW FIRM, 603 E. St. Charles St., Brownsville, Texas 78520;

2. Wal-Mart Stores East, L.P., and its attorneys of record, DRABEK & ASSOCIATES, 1720 E. Harrison Suite B, Harlingen, Texas 78550.

Respectfully Submitted,

THE ZAVALETTA LAW FIRM
603 E. St. Charles Street
Brownsville, Texas 78520
Telephone (956) 546-5567
Facsimile (956) 541-2205
ATTORNEY FOR PLAINTIFF JOYCE ANNA SLAGER

By: _____
PETER M. ZAVALETTA
State Bar No. 22251600

CERTIFICATE OF SERVICE

I, PETER M. ZAVALETTA, do hereby certify on this the 13TH day of July 2004 the above and foregoing document has been mailed, regular mail to:

Jaime A. Drabek
DRABEK & ASOSCIATES, Inc.
1720 E. Harrison Suite B
Harlingen, Texas 78550

_____
PETER M. ZAVALETTA