# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

NOV 0 9 2004

Michael N. Milby
Clerk of Court

## NOTICE OF RE-SETTING

Joyce Ann Slager                    §
                                    §
VS.                                 §   CIVIL ACTION NO.  B-04-102
                                    §
Wal-Mart Stores, Inc.               §

TYPE OF CASE:       __X__ CIVIL                         ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below before the Honorable Andrew S. Hanen:

TYPE OF PROCEEDING:   **INITIAL PRETRIAL & SCHEDULING CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:                 RESET TO DATE AND TIME:

**November 12, 2004 @ 9:30 a.m.**                   **November 22, 2004 @ 9:30 a.m.**


MICHAEL N. MILBY, CLERK

BY: _____
    Irma A. Soto, Deputy Clerk

DATE:  November 8, 2004

TO:  ALL COUNSEL OF RECORD