United States District Court
Southern District of Texas
FILED

NOV 09 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOYCE ANNA SLAGER<br>*Plaintiff* | § § § § | |
| vs. | § | CIVIL ACTION NO. B-04-102 |
| | § § | |
| WAL-MART STORES, Inc.<br>*Defendant* | § | |

## NOTICE OF SETTLEMENT

Plaintiff JOYCE ANNA SLAGER and Defendant WAL-MART STORES, Inc. hereby file this their NOTICE OF SETTLEMENT. Final judgment shall be submitted to the Court upon the conclusion of guardianship proceedings involving Plaintiff. In light of the settlement of this case, the parties request that the Initial Pretrial Conference currently set in this matter for Friday November 12, 2004 at 9:30 a.m. be passed or otherwise removed from the court's docket.

SIGNED this the 9th day of November 2004.

Respectfully Submitted,

THE ZAVALETTA LAW FIRM
603 E. St. Charles Street
Brownsville, Texas 78520
Telephone (956) 546-5567
Facsimile (956) 541-2205
ATTORNEY FOR PLAINTIFF JOYCE ANNA SLAGER

By: _____
PETER M. ZAVALETTA
State Bar No. 22251600

Approved and Agreed:

_____  
Mr. Jaime A. Drabek  
Attorney for Defendant Wal-Mart Stores, Inc.

11-09-04  
Date of Signature

## CERTIFICATE OF SERVICE

I, PETER M. ZAVALETTA, do hereby certify on this the 9th day of November 2004 the above and foregoing document has been faxed and mailed, regular mail to:

Jaime A. Drabek  
DRABEK & ASOSCIATES, Inc.  
1720 E. Harrison Suite B  
Harlingen, Texas 78550

_____  
PETER M. ZAVALETTA