IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 11 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JOYCE ANNA SLAGER § | |
| Plaintiff § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. __B-04-102__ |
| § | |
| WAL-MART STORES, INC. § | |
| Defendant § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

**Robert Slager, Individually And As Temporary Guardian of the Person and Estate of Joyce Anna Slager,** Plaintiff in the above styled and numbered cause moves the Court to dismiss her cause of action against Defendants, **Wal-Mart Stores Texas, LP and Wal-Mart Stores, Inc.**, and as grounds therefore would show the Court that this Plaintiff and these Defendants have settled all disputes and differences.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that her cause of action against Defendants be dismissed with prejudice with Court costs be paid by party incurring same.

Respectfully submitted,

**The Zavaletta Law Firm**
603 E. St. Charles Street
Brownsville, Texas 78520
(956) 546-5567
(956) 541-2205 (fax)

_____
Peter M. Zavaletta
State Bar No. 22251600
*ATTORNEY FOR PLAINTIFF*

**Drabek & Associates**
1720 E. Harrison, Suite B
Harlingen, Texas   78550
(956) 428-4644
(956) 428-4880 (fax)

_____
Jaime A. Drabek
State Bar No. 06102410
*ATTORNEYS FOR DEFENDANTS*


**Law Office of Arturo McDonald**
3505 Boca Chica Blvd.
Brownsville, Texas   78520
(956) 541-2115
(956) 542-1977 (fax)

_____
Arturo McDonald
State Bar No. 24010224
*APPOINTED GUARDIAN AD LITEM*