IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of ...
ENTERED

JAN 1 2 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| | | |
|---|---|---|
| **JOYCE ANNA SLAGER** | § | |
|         **Plaintiff** | § | |
| | § | |
| **VS.** | § | |
| | § | CIVIL ACTION NO. __B-04-102__ |
| | § | |
| **WAL-MART STORES, INC.** | § | |
|         **Defendant** | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**Robert Slager, Individually And As Temporary Guardian of the Person and Estate of Joyce Anna Slager**, Plaintiff, having presented her Motion to Dismiss his cause of action against Defendants, **Wal-Mart Stores Texas, LP and Wal-Mart Stores, Inc.**;

IT IS THEREFORE ORDERED that this cause of action against Defendants **Wal-Mart Stores Texas, LP and Wal-Mart Stores, Inc.**, be dismissed with prejudice, with court costs to be paid by party incurring same.

SIGNED this __12th__ day of __J_____, 2005__.

_____
JUDGE PRESIDING

Approved As To Form:

**The Zavaletta Law Firm**
603 E. St. Charles Street
Brownsville, Texas  78520
(956) 546-5567
(956) 541-2205 (fax)

_____
Peter M. Zavaletta
State Bar No. 22251600
*ATTORNEY FOR PLAINTIFF*

**Drabek & Associates**
1720 E. Harrison, Suite B
Harlingen, Texas  78550
(956) 428-4544
(956) 428-4880 (fax)

Jaime A. Drabek
State Bar No. 06102410
*ATTORNEYS FOR DEFENDANTS*


**Law Office of Arturo McDonald**
3505 Boca Chica Blvd.
Brownsville, Texas  78520
(956) 541-2115
(956) 542-1977 (fax)

Arturo McDonald
State Bar No. 24010224
*APPOINTED GUARDIAN AD LITEM*


**Copies to:**

Jaime A. Drabek, Drabek & Associates, 1720 E. Harrison, Ste. B, Harlingen, TX 78550
Peter M. Zavaletta, The Zavaletta Law Firm, 603 E. St. Charles St., Brownsville, TX 78520
Arturo McDonald, Law Office of Arturo McDonald, 3505 Boca Chica Blvd., Brownsville, TX  78520